No. 85–7125. PHILLIPS *v.* LANE, DIRECTOR, ILLINOIS DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 85–7152. FOSTER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE MARSHALL would grant the petition for writ of certiorari and set the case for oral argument.

JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976), I would grant certiorari and vacate the death sentence in this case.